UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASCENT PHARMACEUTICALS, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MERRICK B. GARLAND, in his official capacity as U.S. Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, ANNE MILGRAM, in her official capacity as Administrator of DEA, TERESA A. WALLBAUM, in her official capacity as an Administrative Law Judge of DEA, and THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendants. | Civ. No. 2:23-cv-8260 (ARR) (ST)<br><br>**PLAINTIFF ASCENT PHARMACEUTICALS, INC.'S NOTICE OF VOLUNTARY DISMISSAL** |

　　　　Plaintiff Ascent Pharmaceuticals, Inc., by and through its undersigned counsel of record, hereby gives notice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) of voluntary dismissal of its claims in the above-captioned action, with prejudice, against all Defendants.

　　　　Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) provides that a notice of voluntary dismissal may be granted, without court order, "before the opposing party serves either an answer or a motion for summary judgment." Defendants have not served an answer or a motion for summary judgment with respect to Plaintiff's claims.

Dated: New York, New York
      July 1, 2024

Respectfully submitted,

**WALDEN MACHT HARAN & WILLIAMS LLP**

_____
Jim Walden
250 Vesey Street, 27th Floor
New York, New York 10281
Tel.: (212) 335-2030
jwalden@wmhwlaw.com

*Attorneys for Plaintiff Ascent Pharmaceuticals, Inc.*

2